McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CUMMINGS, ) | 1:05-cv-1373 OWW DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, stipulate
that defendant's time to respond to plaintiff's confidential
letter brief be extended from September 5, 2006 to October 5,
2006.

///

///

///

///

///

1

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter brief.  Defendant needs to further review the file and prepare a response in this matter.

                              Respectfully submitted,


Dated: September 5, 2006        /s/ Gina M. Fazio
                                (As authorized via facsimile)
                                GINA M. FAZIO
                                Attorney for Plaintiff


Dated: September 5, 2006        McGREGOR W. SCOTT
                                United States Attorney



                                /s/ Kimberly A. Gaab
                                KIMBERLY A. GAAB
                                Assistant U.S. Attorney




    IT IS SO ORDERED.

    Dated:   September 5, 2006            /s/ Dennis L. Beck
3c0hj8                         UNITED STATES MAGISTRATE JUDGE

2