1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| LINDA CUMMINGS | ) |
| | ) 1:05-CV-1373 OWW DLB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO DISMISS |
| vs. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on October 28, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: October 23, 2006        /s/ Gina Fazio

                               GINA FAZIO, ESQ.
                               Attorney for Plaintiff

Dated: October 23, 2006
                               MCGREGOR SCOTT
                               United States Attorney

                               By: /s/ Kimberly A. Gaab
                               (as authorized via facsimile)
                               KIMBERLY A. GAAB
                               Assistant U.S. Attorney

1
2   IT IS SO ORDERED.
3   **Dated:   October 24, 2006**               **/s/ Oliver W. Wanger**
    emm0d6                                      UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28